GOLDBERG, STINNETT, MEYERS & DAVIS
A Professional Corporation
DENNIS D. DAVIS, ESQ. CA Bar #070591
KATHY L. QUON, ESQ. CA Bar #213156
44 Montgomery Street, Suite 2900
San Francisco, CA  94104
Telephone: (415) 362-5045
Facsimile:  (415) 362-2392

Attorneys for Appellant
E. Lynn Schoenmann, Trustee

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>ALEXANDER POPOV,<br><br>　　　　　Debtor. | Case No. CV 06-02696 MMC<br><br>Chapter 7 Case No. 05-32929<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION OF APPELLANT TRUSTEE FOR EXTENSION OF BRIEFING SCHEDULE |

Upon consideration of the Motion Of Appellant Trustee For Extension Of Briefing Schedule (the "Motion") of appellant E. Lynn Schoenmann, as trustee ("Appellant Trustee") of the chapter 7 estate of Alexander Popov, Debtor, and the declaration of Dennis D. Davis filed concurrently with the Motion, and for good cause having been shown therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1.　　The Motion is granted in its entirety.

2.　　The briefing scheduling order entered in the herein appeal on April 26, 2006 is hereby modified as follows:

　　　　a.　　Appellant Trustee shall serve and file her opening brief on or before June 26, 2006.

　　　　b.　　Appellee Martin F. Triano shall serve and file his brief 20 days after service of Appellant Trustee's opening brief.

1         c.       Appellant Trustee may serve and file any reply brief 10 days after service of Appellee Triano's brief.

~~d.       Appellee Martin F. Triano may serve and file a reply brief in response to Appellant Trustee's brief relating to the issues in any cross-appeal 10 days after service of Appellant Trustee's reply brief.~~

DATED: May 22, 2006

_____
Honorable Maxine M. Chesney
United States District Judge

LAW OFFICES
GOLDBERG, STINNETT, MEYERS & DAVIS
A PROFESSIONAL CORPORATION
44 MONTGOMERY STREET, SUITE 2900
SAN FRANCISCO, CALIFORNIA 94104