MARK D. BYRNE, ESQ., SBN 109628
ROBERT A. ROTH, ESQ. SBN 113201
LAW OFFICES OF MARTIN F. TRIANO
25 Jessie Street, 16th Floor
San Francisco, CA 94105-2749
Telephone: (415) 371-8000
Facsimile: (415) 371-8001
mailbox@martinftriano.com

Attorney for Creditor Martin F. Triano

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>ALEXANDER POPOV,<br>    Debtor. | Case No. CV 06-02696  MMC<br><br>Chapter 7 Case No. 05-32929<br><br>**STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE FOR APPELLEE** |

    IT IS HEREBY STIPULATED by and between the attorneys for the parties, on behalf of their clients that:

    1.   Due to an illness, and possible imminent death in the family of Robert A. Roth, Esq., who is drafting the Appellee's Brief, the parties agree to provide a two week extension for Appellee to file his brief.

    2.   The briefing scheduling order entered in the appeal herein on April 26, 2006 and modified on May 22, 2006, is modified once again, as follows:

        a.   Appellee shall serve and file his brief on or before July 10, 2006;

Law Offices
**MARTIN F. TRIANO**
25 Jessie Street, 16th Floor
San Francisco, CA 94105
Tel. 415-371-8000
Fax 415-371-8001

STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE FOR APPELLEE
1

Law Offices
**MARTIN F. TRIANO**
25 Jessie Street, 16th Floor
San Francisco, CA 94105
Tel. 415-371-8000
Fax 415-371-8001

      b.    Appellant Trustee may serve and file any reply brief 10 days after service of Appellee Triano's Brief

Date: June 19, 2006        GOLDBERG, STINNETT, MEYERS & DAVIS

/s/

_____
Dennis Davis, Esq.

Date: June 19, 2006        LAW OFFICES OF MARTIN F. TRIANO

/s/

_____
Mark D. Byrne, Esq.

  Upon consideration of the Stipulation And Order Extending Briefing Schedule For Appellee, and good cause having been otherwise shown therefore;

  IT IS HEREBY ORDERED ADJUDGED AND DECREED that:

  1.  The briefing scheduling order entered in the appeal herein on April 26, 2006 and modified on May 22, 2006, is modified once again, as follows:

    c.  Appellee shall serve and file his brief on or before July 10, 2006; and,

    d.  Appellant Trustee may serve and file any reply brief 10 days after service of Appellee Triano's Brief.

Date: June 19, 2006        *(signature)*
                Honorable Maxine C. Chesney
                United States District Court Judge

STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE FOR APPELLEE

2