IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re:                                                              No. C 06-2696 MMC

ALEXANDER POPOV,                                    **ORDER DIRECTING APPELLANT TO LODGE CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45**

   Debtor

_____/

On July 20, 2006, appellant E. Lynn Schoenmann electronically filed Appellant's Reply Brief and Appellant Trustee's Supplemental Excerpts of the Record. Appellant has violated General Order 45, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VI.G.

Appellant is hereby ORDERED to comply with General Order 45 by immediately submitting a chambers copy of the above-referenced document. Appellant is hereby advised that if she fails in the future to comply with General Order 45 by providing chambers copies of electronically-filed documents, the Court may impose sanctions, including, but not limited to, striking from the record any electronically-filed document of which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated: August 22, 2006

_____
MAXINE M. CHESNEY
United States District Judge